IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                         CRIMINAL NO. 1:04cr48WJG[1]

JOHNNY RAY HOLMES

COMMUNITY BANK                                                                GARNISHEE

ORDER QUASHING GARNISHMENT

THIS MATTER is before the Court on motion [135] of the United States of America [United States] to quash the Writ of Continuing Garnishment, (Ct. R., Doc. 126), issued to Community Bank [Community]. Upon review of the record, specifically the Answer of The Garnishee, (Ct. R., Doc. 134), the Court finds the motion well taken. It is therefore,

ORDERED that the motion [135] of the United States to quash the Writ of Continuing Garnishment, be and is hereby granted. It is further,

ORDERED that the Writ of Continuing Garnishment, (Ct. R., Doc. 126), be, and is hereby, quashed, and Community is hereby dismissed from this action.

SO ORDERED, this the 21st day of July, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE

---

[1]The motion of the United States (Ct. R., Doc. 135) erroneously reflects this cause as a civil action rather than a criminal case.