IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                 CRIMINAL NO. 1:04cr48WJG[1]

JOHNNY RAY HOLMES

PEOPLES BANK                                                                              GARNISHEE

ORDER QUASHING GARNISHMENT

THIS MATTER is before the Court on motion [136] of the United States of America [United States] to quash the Writ of Continuing Garnishment, (Ct. R., Doc. 128), issued to Peoples Bank [Peoples]. Upon review of the record, the Court finds the motion well taken. It is therefore,

ORDERED that the motion [136] of the United States to quash the Writ of Continuing Garnishment, be and is hereby granted. It is further,

ORDERED that the Writ of Continuing Garnishment, (Ct. R., Doc. 128), be, and is hereby, quashed, and Peoples is hereby dismissed from this action.

SO ORDERED, this the 21st day of July, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE

---

[1]The motion of the United States (Ct. R., Doc. 136) erroneously reflects this cause as a civil action rather than a criminal case.